DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY D. CUMMINGS,**
Appellant,

v.

**KENNETH B. HARRELSON,**
Appellee.

No. 4D19-1305

[December 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 2004DR002744.

Carl Domino of the Law Offices of Carl Domino, PLLC, Jupiter, for appellant.

Franklin A. Jara of Jara & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***